

**Sidney Keys**
4d ·

TO: VICE PRESIDENT CAMALA HARYS 1

IT IS OBVIOUS THAT THE STATE OF MISSOURI
IS RETALIATING AGAINST MYSELF SIDNEY
KEVIN KEYS FOR FILING A LAWSUIT AGAINST
SPIRIT AIRLINES, FORD MOTORS, THE UNITED
STATES POSTAL SERVICE AND BANK OF
AMERICA IN MISSOURI EASTERN FEDERAL
COURT FOR CIVIL RIGHTS DISCRIMINATION
BASED ON RACE AND CONSTANT
HARRASMENT. ATTACHMENT 3

RECEIVED

JUN 0 1 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

THE SAME STATE THAT MADE ME PAY
CHILDSUPPORT TO MY SONS MOTHER
LAKEYSHA JACKSON AND I HAD PRIMARY
CUSTODY OF OUR THREE SONS XAVIER
JACKSON KEYS, BRYCE ALEXANDER KEYS
AND HERMANN ISAIAH KEYS AND I SIDNEY
KEVIN KEYS HAD SOLE LEGAL PRIMARY
PHYSICAL CUSTODY OF THEM AND THERE
MOTHER LAKIESHA JACKSON HAD
VISITATION EVERY OTHER WEEKEND, THE
MISSOURI CHILDSUPPORT LAW CLEARLY
STATES THAT THE PRIMARY CUSTODIAL
PARENT RECIEVES CHILDSUPPORT NOT PAY
CHILDSUPPORT TO THE VISITATION PARENT,
NO JUDGE IN THE UNITED STATES OF
AMERICA CAN OVER RUN, OVER RULE NOR
OVER TURN A STATE OR FEDERAL LAW.

TO: VICE PRESIDENT KAMALA HARRIS

ATTACHMENT FOR THE CIVIL
LAWSUIT AGAINST THE STATE OF MISSOURI

Note: PRIOR UNITED STATES ATTORNEY
RICHARD PROEHL TOLD ME INSIDE OF THE
FEDERAL COURT HOUSE DOWNTOWN ST
LOUIS MISSOURI THAT POSTAL INSPECTOR L
A ARMSTRONG IS DEAD, WHICH IS UNTRUE, I
FEEL RICHARD PROEHL WAS THREATNING
PERSONALLY, UNITED STATES ATTORNEY
RICHARD PROEHL ALSO TOLD MYSELF
SIDNEY KEYS IF I FILE A LAWSUIT AGAINST
THE MAYOR OF MARYLAND HEIGHTS, THE
MAYOR WOULD RETALIATE AGAINST ME,
EVERY CONVERSATION IN THE FEDERAL
BUILDING ARE RECORDED.



THE SAME STATE THAT KIDNAPPED MY SON
TYREE MICHAEL KEYS WHOM I ALSO HAD
SOLE LEGAL AND SOLE PHYSICAL  CUSTODY
AND WITH  A FAKE ST LOUIS COUNTY COURT
DOCUMENT STATING THERE IS A BOND SET
ON MYSELF SIDNEY KEYS, STATING IF I DON'T
RETURN MY SON TYREE MICHAEL KEYS TO
THE STATE OF MISSOURI FROM  CARLSBAD
CALIFORNIA I WOULD BE ARRESTED AND
AGAIN THE MISSOURI CHILDREN STATUE FOR
RELOCATING A CHILD OR CHILDREN IN
COMMON CLEARLY STATES THAT IF THE
PRIMARY CUSTODIAN PARENT WANTS TO
RELOCATE TOO ANOTHER STATE THEY HAVE
TO GIVE THE OTHER PARENT A 60 DAY
NOTICE BEFORE RELOCATING AND IF THE
OTHER PARENT OBJECTS THEN YOU CAN
NOT TAKE YOUR CHILD FROM THE STATE OF



MISSOURI, SO I SIDNEY KEVIN KEYS WROTE A
CERTIFIED LETTER TO TYREE'S MOTHER
ERICA SPANN COLE INFORMING HER THAT I
WAS MOVING FROM MISSOURI  TO
CALIFORNIA WITH OUR SON TYREE KEYS AND
ERIC SPANN COLE RECIEVED AND SIGNED
THE CERTIFIED LETTER, I RECIEVED THE
RETURN RECIEPT.

I HAD TO PUT MY 6 YEAR OLD SON ON A
PLANE BY HIS SELF FROM CALIFORNIA TOO
MISSOURI BECAUSE THEY ILLEGALLY
THREATENED TO ARREST ME, MY SON TYREE
KEYS THOUGHT HIS FATHER ABANDONED
HIM AND WAS TERRIFIED WHEN I PUT HIM ON
THE PLANE, AND I FLEW BACK TOO ST LOUIS
AS SOON AS POSSIBLE AND WHEN I
RETURNED JUDGE FRAWLEY, JUDGE PREBIL,
JUDGE JOHN ROSS, JUDGE WALSH AND
ATTORNIES INVOLVED IN THE KIDNAPPING
OF MY SON TYREE MICHAEL KEYS ILLEGALLY
GAVE ME SUPERVISED VISITATION OF MY
SON, THAT I RAISED SINCE HE WAS AN
INFANT, I WAS AN AFRICAN AMERICAN MALE
SINGLE PARENT OF 5 BOYS.

I HAD A HOME DAYCARE LOCATED AT
1501TRAMPE AVE SPANISH LAKE MISSOURI,
CALLED "SID & SONS 24/7 CHILDCARE" STATE
APPROVED, THEREFORE I WASN'T A THREAT
NOR DANGER TO ANY CHILD, THE LAST TIME
THAT I SEEN MY SON TYREE MICHAEL KEYS
WAS ABOUT 14 YEARS AGO.



. THE SAME STATE, THAT HAD MY 2ND GRADE SON, XAVIER JACKSON KEYS HANDCUFFED AND PUT IN A SMALL ROOM FOR FOUR MONTHS AT MCKELVEY ELEMENTARY SCHOOL IN MARYLAND HEIGHTS MISSOURI BY PRINCIPLE DR KNIGHT, PUSHING ON XAVIER HEAD HURTING HIS NECK WHILE LAYING ACROSS THE PHYSICAL EDUCATION TEACHERS LAP WHILE IN HANDCUFFS BY A MARYLAND HEIGHTS POLICE OFFICER.

 THE SAME STATE THAT REFUSED TO GIVE ME FOOD STAMPS TO FEED MY 5 SONS WHEN I BECAME TOTALLY DISABLED FROM THE UNITED STATES POSTAL SERVICE A JOB RELATED INJURY, MATT HAMPTON WAS THE DIVISION OF FAMILY SERVICES CASE THAT REFUSED TO MYSELF SIDNEY KEYS FOOD ASSISTANCE TO FEED MY CHILDREN AS AFRICAN AMERICAN MALE SINGLE PARENT, I EVENTUALLY LOST CUSTODY OF MY 4 SONS THE BECAUSE I COULD FEED NOR PAY MY RENT BECAUSE THE UNITED STATES POSTAL SERVICE REFUSED TO PAY ME WORKMENSCOMPENSATION PAY SO FOR ONE YEAR I HAD NO INCOME, UNTIL I EVENTUALLY GOT APPROVED FOR SSA DISABILITY.

THE SAME STATE OF MISSOURI THAT ALLOWED A 14 YEAR OLD AFRICAN AMERICAN GIRL DIE IN MY FRONT YARD

THE SAME STATE OF MISSOURI THAT
ALLOWED A 14 YEAR OLD AFRICAN
AMERICAN GIRL DIE IN MY FRONT YARD
FROM MULTIPLE GUN SHOTS LOCATED AT
1501 TRAMPE TRAMPE AVE, THEY
PURPOSELY DELAYED MEDICAL TREATMENT, I
WAS STANDING IN FRONT OF MY HOME AND
A CAR WITH THREE AFRICAN AMERICANS
MEN PULLED UP DIRECTLY ON MY LEFT SIDE
OF ME ABOUT TWO YARDS FROM ME AND
STARTED SHOOTING 4 AFRICAN AMERICANS
TEENAGERS, ONE TEENAGER RAN INSIDE MY
FRONT DOOR BUT GOT SHOT GOING
THROUGH THE DOOR AND A 14 YEAR OLD
GIRL DROPPED DOWN IN MY FRONT YARD
AND WHEN THE SHOOTING STOPPED I RAN
OVER TO THE GIRL CALLED 911 AND I
CONSTANTLY TOLD HER TO KEEP HER EYES
OPEN, A ST LOUIS COUNTY POLICE OFFICER
WALK UP TO ME AND SAID HANG UP THE
PHONE AND I TOLD THE ST LOUIS COUNTY
POLICEMAN IT WAS THE PARAMEDICS AND
HE COULD TALK TO THEM AND THE
CAUCASIAN POLICE OFFICER REPEATED,
HANG UP THE PHONE, WHEN THE
PARAMEDICS ARRIVED 3 HOUSES DOWN
FROM MY HOUSE LOCATED AT 1501 TRAMPE
AVE SPANISH LAKE MISSOURI, THEY WOULD
NOT COME TO THE WOUNDED GIRL'S
LOCATION TO GIVE HER MEDICAL CARE,  THE
SHOOTING SCENE WAS SECURED WITH
THREE UNIFORM OFFICERS AND MYSELF, THE
GIRL DIED, I STRONGLY BELIEVE THE GIRL



WAS A WITNESS AGAINST ST LOUIS COUNTY
COPS FOR SEXUALLY ABUSING YOUNG
AFRICAN AMERICAN GIRLS IN THAT AREA,
ORAL SEX AND ECT, I WITNESS THE SEXUAL
ABUSE OF 15 YEAR OLD MIKEKALAY
DOUGLAS BY POLICE OFFICER WHITE OF ST
LOUIS COUNTY POLICE DEPARTMENT.

THE SAME STATE THAT WOULD NOT
INVESTIGATE THE HOMOCIDE OF BENNIE
HOPKINS WHICH I REPORTED TO JENNIFER
JOYCE ST LOUIS CITY PROSECUTING
ATTORNEY OF ST LOUIS MISSOURI, MAYOR
FRANCIS SLAY, PROSECUTING ATTORNEY
ROBERT MCCULLOUGH OF ST LOUIS COUNTY,
GOVERNOR JAY NIXON, SHERIFF MURPHY,
SHERIFF BUCKLES, ST LOUIS CITY POLICE
CHIEF, DETECTIVE BETTUS A DETECTIVEFOR
ST LOUISCITY, ST LOUIS COUNTY CHIEF OF
POLICE, THE MAYOR OF CLAYTON,
REPRESENTIVE TOMMIE PIERSON SENIOR
AND MISSOURI REP KIT BOND, I ALSO
REPORTED THE HOMOCIDE OF HOPKINS
BENNIE TO THE MISSOURI FBI, NONE OF
THEM WOULD INVESTIGATE, SO I
EVENTUALLY CONTACTED THE MINNESOTA
FBI AND ATLANTA GEORGIA FBI AND
MINNESOTA FBI AGENT X, INFORMED ME
THAT THE MISSOURI FBI AND SLU HOSPITAL
SURGEON IS RESPONSIBLE FOR THE
HOMOCIDE OF BENNIE BECAUSE OF THE
INHERITANCE OF THE JOHNS AND WILLIAMS
HOPKINS ESTATE. I SIDNEY KEYS IS WILLING

TO TESTIFY UNDER OATH INFRONT OF ANY
COMMITTEE AS A SECRET SERVICE AGENT
AND UNITED STATES MARINE.



THE SAME STATE, THAT REFUSED TO FILE A
POLICE REPORT OF THE HIT AND RUN, WHILE
I WAS RIDING  MY BIKE ON PARKER ROAD AND
DENISE STREET IN FLORISSANT MISSOURI A
CAR HIT ME FROM BEHIND KNOCKING ME TO
THE GROUND BENDING MY REAR TIRE TOO A
DEGREE THAT I COULD NOT RIDE MY BIKE,
THE DRIVER OF THE CAR KEPT GOING BUT
ANOTHER VEHICLE FROM THE OTHER
DIRECTION GOT THE CAR LICENSE PLATE
NUMBER, I CALLED 911 AND EVENTUALLY
OFFICER HUSKEY FROM ST LOUIS COUNTY
POLICE DEPARTMENT ARRIVED ON THE
SCENE, HE CALLED THE DRIVER THAT HIT ME,
AT THE DRIVER'S HOME AND THEN OFFICER
HUSKEY GAVE ME A POLICE REPORT NUMBER
ON A POLICE REPORT CARD, ABOUT TWO
MONTHS LATER I WENT TO ST LOUIS COUNTY
POLICE HEADQUARTERS IN CLAYTON
MISSOURI TO RETRIEVE A COPY OF THE HIT
AND RUN AUTO ACCIDENT BUT OFFICER
HUSKEY FROM ST LOUIS COUNTY POLICE
DEPARTMENT DID NOT FILE THE REPORT, I
WAS RIDING MY BIKE TO FLORISSANT POLICE
DEPARTMENT TO REPORT THE HOMOCIDE OF
BENNIE HOPKINS TO FLORISSANT POLICE
CHIEF, I HAD TOO CALL MY COUSIN ZACHARY
KEYS AND MY SISTER EVA KEYS TO COME
GIVE ME A RIDE HOME BECAUSE MY BIKE



WAS DESTROYED, ZACHARY AND EVA BOTH CAME TO PARKER RD AND DENISE STREET AND TOOK ME HOME

THE SAME STATE THAT FILED A FALSE POLICE REPORT BY FLORISSANT POLICE OFFICER SHARP, WHEN A STRANGER CALLED ME ON A FLORISSANT POST OFFICE PHONE AND THREATENED TO KILL MYSELF SIDNEY KEYS ON DECEMBER 15 2009,  OFFICER SHARP TOLD MYSELF AND HIS SUPERVISOR THAT POSTMASTER PAULA NARUP TOLD HIM TO FALSIFY THE POLICE REPORT.

THE STATE THAT ILLEGALLY INCARCERATE AFRICAN AMERICANS BY THE MISSOURI FBI, THE POSTAL INSPECTORS AND THE DEA DRUG ENFORCEMENT AGENCY, I SIDNEY KEYS WAS A DRUG INFORMANT FOR POSTAL INSPECTOR L A ARMSTRONG AND CYNTHIA KENDALL, THAT IS HOW I KNOW THEY HAVE BEEN SENDING INNOCENT AFRICAN AMERICANS AND MEXICANS TO FEDERAL PRISON AND I AM WILLING TO TESTIFY UNDER OATH INFRONT OF ANY QUESTIONING BOARD OR PANEL, A SWORN DUTY AS A UNITED STATES MARINE AND SECRET SERVICE AGENT.

THE SAME STATE THAT ORDER AND SENT OUT THE DIVISION OF FAMILY SERVICES WORKER AMANDA COX TO MY SONS ELEMENTARY AND MIDDLE SCHOOL IN



PARKWAY NORTH SCHOOL DISTRICT, AMANDA COX ILLEGALLY PULLED MY SONS OUT OF THERE CLASSROOMS INDIVIDUALLY AND QUESTIONED THEM ABOUT MY NEIGHBORS DAUGHTER MADISON WHOM IS WHITE - CAUCASIAN, THAT I KEPT IN MY HOME OVERNIGHT BECAUSE HER CAUCASIAN MOTHER KENDALL WAS A NURSE THAT WORKED OVERNIGHT SO SHE ASKED ME TO KEEP HER DAUGHTER OVERNIGHT CONSIDERING SHE WENT TO ELEMENTARY SCHOOL WITH MY AFRICAN AMERICAN SONS, MY SONS CAME HOME FROM SCHOOL AND TOLD ME WHAT AMANDA COX DID, MY SONS SAID SHE TOLD THEM THAT I GAVE HER PERMISSION TOO PULL THEM OUT OF CLASS WHICH WAS A LIE, I HAD NEVER MET AMANDA COX PRIOR TO HER GOING TO MY CHILDRENSCHOOL, I WROTE THE DIRECTOR OF THE DIVISION OF FAMILY SERVICES WITH A FORMAL COMPLAINT, AMANDA COX EVENTUALLY CAME TO MY HOME AND TOLD ME THAT CRAIG ELEMENTARY SCHOOL PRINCIPLE HOT LINED DFS AND SAID MADISON WAS BEING SEXUALLY ABUSED IN MY HOME WHICH WAS A BLUNT LIE, WHAT AMANDA COX AND THE PRINCIPLE DIDN'T KNOW IS I HAD A HOME CHILD CARE CALLED "SID N SONS 24/7 CHILDCARE", I WAS HOTLINED BECAUSE WE WERE A BLACK FAMILY AND MADISON WAS A WHITE FEMALE, BASED ON RACIAL DISCRIMINATION AND RACIAL PROFILING BY THE STATE OF

MISSOURI.



THE SAME STATE OF MISSOURI, THAT WHEN I
WALKED OUT OF TRIP QUICK GAS STATION
ON ST CHARLES ROCK ROAD IN ST ANN
MISSOURI, MULTIPLE POLICE OFFICERS WITH
K-9 DOGS AND SHOT GUNS POINTED AT ME
YELLING AT ME TELLING ME TO GET DOWN
ON THE GROUND WITH MY HANDS UP,
ACCUSED ME OF ROBBING QUICK TRIP GAS
STATION AND INFACT I HAD ON MY
CLEANING SERVICES UNIFORM CALLED
"SID & SONS CLEANING SERVICES, THAT
NIGHT I WAS ENROUTE TO THE H&R BLOCK
OFFICE LOCATED ON ST CHARLES ROCK
ROAD IN ST ANN MISSOURI AND ONCE THE
OFFICERS RELEASED ME AND I PROCEDED TO
CLEAN THE H&R BLOCK OFFICE, A ST ANN
COP PULLED INFRONT OF H$R BLOCK OFFICE
AND CONTINUED TO STALK AND HARRASING
ME, I CONTACTED PAT STIEGER THE MANGER
FOR H&R BLOCK OFFICE THAT GAVE ME THE
CLEANING CONTRACT, PAT SAID SHE WILL
CONTACT THE CHAMBERS OF COMMERCE IN
ST ANN MISSOURI. I HAD MY FEMALE
EMPLOYEE WITH ME, IT WAS SOMEWHAT
EMBARRASSING, SHE WAS SHAKING
EXTREMELY.

THE STATE THAT ALLOWED, OFFICER DAVE
FROM ST LOUIS COUNTY POLICE
DEPARTMENT TOO SEXUALLY MOLEST MY
2ND GRADE SON TYREE MICHAEL KEYS

INSIDE CRAIG ELEMENTARY RESTROOM IN
CREVE COUER.



THE SAME STATE THAT ARRESTED MY SON
SIDNEY KEYS 2ND AT WALMART IN
MAPLEWOOD, BY A RICHMOND HEIGHTS
POLICE OFFICER, WHEN HE WENT ON A
LUNCH BREAK, ARRESTED ON WALMART
PROPERTY, HELD SIDNEY KEYS 2ND IN ST
LOUIS CITY JAIL FOR 7 DAYS WITHOUT
CHARGING HIM AND HAD HIM SEXUALLY
ASSAULTED WHILE ILLEGALLY
INCARCERATED IN ST LOUIS CITY JAIL.

THE SAME STATE THAT HAD MY BELOVED
COUSIN ZACHARY KEYS SENT TO AN ALL
WHITE MALE JAIL TOO BE SEXUALLY RAPED
BY WHITE INMATES, ZACHARY KEYS WAS
TRANSFERRED FROM ST LOUIS CITY JAIL TO
A JAIL IN SOUTHERN MISSOURI FOR NO
LEGITIMATE REASON, ZACHARY KEYS HAD
CONSENTIAL INTERCOURSE WITH A WHITE
WOMAN NOT RAPED, A RETALIATION OF
RAPE AND A HATE CRIME AGAINST ZACHARY
KEYS FROM MISSOURI WHITE POWER
STRUCTURE.

THE SAME STATE THAT PULLED MYSELF
OVER ON MAY 26, 2023 BY A ST LOUIS CITY
POLICE OFFICER AND GAVE ME MULTIPLE
TICKETS, FOR THE SAME NONMOVING
VIOLATIONS, THAT CHESTERFIELD MISSOURI
AND BRECKENRIDGE POLICE OFFICERS GAVE



ME AND ALL OF THEM GAVE ME THE SAME
COURT DATE ON JULY 11, I SHOWED AND
TOLD THE BRECKENRIDGE POLICE OFFICER
AND ST LOUIS CITY POLICE OFFICER, THAT I
ALREADY HAD A COURT DATE ON JULY 11
AND HOW CAN I BE AT BOTH PLACES AT THE
SAME TIME, IT IS OBVIOUS THAT THEY ARE
TRYING TO ARREST MYSELF SIDNEY KEVIN
KEYS BUT WHAT THEY DON'T REALIZE IS THE
STATE OF MISSOURI IS NOT THE ENTIRE
STATE OF THE UNITED STATES OF AMERICA,
THE MINNESOTA FBI AND THE UNITED
STATES MARINE CORPS WILL INVESTIGATE
AND PROSECUTE, THIS CIVIL RIGHTS CRIME
BASED ON RACISM AND RACIAL PROFILING
AND RACIAL DISCRIMINATION, ITS TIME TOO
FILE A LAWSUIT AGAINST MY OWN HOME
AND BELOVED STATE OF MISSOURI, AND
AGAIN A BAD AND ROGUE ELEMENTS OF
POLICE OFFICERS, FBI AGENTS, POLITICIAN
AND ETC, DO NOT AND WILL DEFINE NOR
DETERMINE OUR TRUE AMERICAN IDENTITY
AS A FREEDOM LOVE NATION, THAT IS RULED
AND GOVERNED BY A DETERMINED
DEMOCRACY, CALLED THE UNITED STATES
OF AMERICA.

THE SAME STATE THAT ALLOWED MIYEA
DOUGLAS TO BURN MYSELF SIDNEY KEYS
WITH HOT COOKING WHEN I WAS SLEEPING
IN MY BED LOCATED AT 1501TRAMPE AVE
SPANISH LAKE MISSOURI 63138, I LOST ALL
THE SKIN OFF MY BACK AND SOME PARTS OF



MY NECK AND FACE, I WAS INFORMED BY THE
MINNESOTA FBI AND ATLANTA GEORGIA FBI
AGENT X, THAT THE ST LOUIS COUNTY
POLICE DEPARTMENT WAS INVOLVED IN THE
PRE-PLANNING OF BURNING IN AN ATTEMP
TO BLIND ME WITH HOT COOKING OIL, THE ST
LOUIS COUNTY POLICE DEPARTMENT
REFUSED TO ISSUE A WARRANT FOR MIYEA
DOUGLAS.

THE SAME STATE THAT ALLOWED MY
COUSIN DERICKA JOHNSONS BOYFRIEND
FIRE MULTIPLE GUN SHOTS INTO MY VEHICLE
WHICH HAD JOI CRAWFORD, MARIAH
CRAWFORD AND DERICKA CRAWFORD INSIDE
MY VEHICLE ON LILAC ROAD IN SPANISH
LAKE MISSOURI, I CALLED 911, THE COPS
ARRIVED DERICKA JOHNSON GAVE THE COPS
HER BOYFRIEND ADDRESS AND PHONE
NUMBER BUT THE ST LOUIS COUNTY COPS
WOULD CONTACT NOR ARREST MY COUSIN
BOYFRIEND, I STRONGLY BELIEVE THAT IT
WAS A HT AGAINST MYSELF AND COUSINS
FROM ST LOUIS COUNTY POLICE
DEPARTMENT, THERE WITNESS TO A LOT OF
ABUSE BY THE THE ST LOUIS COUNTY POLICE
DEPARTMENT AND OFFICERS.

*I AM HOMELESS LIVING IN THE GATEWAY
180 HOMELESS SHELTER WITH MY FAMILY OF
6 TOTAL THAT I CAN NOT FINANCIALLY
SUPPORT AND AGAIN THIS IS STATE THAT
REFUSES TO PAY ME



WORKMENSCOMPENSATION I BECAME
DISABLED IN 2010 AND HAVEN'T RECIEVED
NOT A SINGLE PAYMENT FROM THE OFFICE
OF WORKMENSCOMP THAT IS WHY I CAN'T
AFFORD AUTO INSURANCE AND GET MY
VEHICLE REGISTERED, LET JUSTICE BE
SERVED.

NOTE- MATT HAMPTON IS THE DIVISION OF
FAMILY SERVICES WORKER THAT WOULD NOT
APPROVE ME FOR FOOD STAMPS AS A
SINGLE PARENT OF 5 BOYS AS AN
UNEMPLOYED MARINE CORPS WAR VETERAN,
I SERVED AMERICA AND THE STATE OF
MISSOURI FAITHFULLY AS A UNITED STATES
MARINE

*ITS ILLEGAL FOR A POLICE OFFICER TO GIVE
YOU ANOTHER TRAFFIC TICKET FOR THE
SAME OFFENSE IN ANY MUNICIPALITY IN
AMERICA, IF YOU ALREADY HAVE A TICKET
FOR THAT TRAFFIC NONDRIVING VIOLATION,
ASK THE MINNESOTA FBI, ITS A FORM OF
HARRASMENT AND TRYING TO PUT ILLEGAL
MONEY IN THERE PERSONAL COMMUNITY
POCKETS WERE THEY PATROL, ITS A CRIME
AND FORM OF STEALING FROM THAT
PARTICULAR AMERICAN TAX PAYING
CITIZENS AGAIN ITS A CRIME *

My Personally Beloved State of Missouri is like
all the Southern American States that believed
in and engaged in the negative actions of



treating human beings like animals for four hundred years during the African American Slave Trade so how can we expect them to create laws and enforce laws justly when it comes to the African American Citizen and any RACIAL and religious groups of people whom are not our brothers and sisters Caucasian citizens of America, they didn't respect human life and the only way to stop the abuse of African Americans and all Americans by our southern American states that owned human slaves ILLEGALLY against God's Doctrine of Love for all children and adults that are born to the God Given Natural by Mother Nature HEIR of FREEDOM, WE ENSURE AND ENDORSE THAT BY ABOLISHING ALL STATE LAWS, ESPECIALLY IN OUR AMERICAN SOUTHERN STATES AND ALLOW FEDERAL LAWS TO GOVERN OUR JUDICIAL SYSTEMS AND COMMUNITY LAWS, NATIONWIDE, REMEMBERING THAT THE AFRICAN AMERICAN SLAVE TRADE JUST ENDED LESS THAT 200 HUNDRED YEARS AGO.

*Dr. Knight Principle of MCKELVEY ELEMENTARY SCHOOL IN MARYLAND HEIGHTS MISSOURI had my 2nd grade son in handcuffs laying across the PE Teachers lap while a MARYLAND HEIGHTS POLICE OFFICER was pushing on my son XAVIER JACKSON KEYS hurting his neck while handcuffed, Dr Knight never contacted myself Sidney Keys and informed me that my son had behavioral



. problems which would have been a lie, they had XAVIER isolated in a small room all day a form of incarceration, Dr Beckner child Psycologist and Dr Banton Child Psychiatrist informed me that XAVIER was imprisoned at MCKELVEY ELEMENTARY SCHOOL without learning material



Let JUSTICE PREVAIL for my Late Brother in Law Terry Moore whom was personally killed by Missouri United States ATTORNEY RICHARD PROEHL and Richard Alexander and myself Sidney Kevin Keys for being medically castrated for being married to white women, a hate crime by Dr Keith ODEGARD and indirectly by Barack Obama, LET JUSTICE PREVAIL.

Judge Prebil, Judge Walsh and Judge Frawley ILLEGALLY kidnapped my son Tyree Michael Keys at 6 years of age, why would it take three different judges to settle a child custody case, that lasted for one year and I haven't seen my son since he was 7 years old TYREE is 21of age and I was informed by the Minnesota FBI that Tyree, was taken out of my life so they could not prosecute the ST LOUIS COUNTY POLICE CHIEF that put St Louis County POLICEMAN Officer Dave in Craig elementary school to sexually molest my son in Craig elementary school in Maryland Heights, sexually assault Tyree because there was rumor going around that I Sidney Kevin Keys Urinated on a Caucasian woman name Romy Cherry that had

a husband name Dave, in 1982, what is true, Dave asked me to move into his home with his wife in Hawaii until he returned from the Philippines, once I moved in, I was urinating in Romy Cherry's bathroom inside her bedroom in Kaluha Hawaii and Romy came in the bathroom and said to me, it turns me on when I hear you pea, I was 19 years old and I didn't know what she was talking about, I didn't respond, I felt puzzled, I never heard of Golden Shower and one day again I was urinating in the toilet and Romy came in the bathroom and put her hand up under my penis and urine got on Romy's hand, after that I ALWAYS closed and locked the bathroom door and we only had sex one time after that because my penis WAS medically castrated from the device on my brain since I was 8 years old a device that controls a man's and woman's arousment and ejaculation time, millions of black men in America is medically castrated and to last no longer then 2 minutes once inside of a woman's vagina, the CIA, DEA AND ect is responsible for that which is another subject and story that is being investigated my THE AMERICAN FBI AND VICE PRESIDENT KAMALA HARRIS.





THE NIS- NAVAL INVESTIGATION SERVICES INVESTIGATED WHO CALLED THE FLORISSANT POST OFFICE OFFICE ON PHONE LINE (314)830-6101 ON DECEMBER 15TH 2009 AND THREATENED TO BLOW-SHOOT



AND KILL MYSELF SIDNEY KEYS AWAY ON
DECEMBER 15 2009, POSTMASTER PAULA
NARUP WOULDN'T CALL THE POSTAL
INSPECTORS TO INVESTIGATE SO THE NAVAL
INVESTIGATION SERVICE INVESTIGATED THE
DEATH THREAT SINCE I SIDNEY KEYS HAVE A
"TOP SECRET CLEARANCE", FOR BEING A
MARINE CORPS NUCLEAR WEAPONS
SECURITY GUARD ABOARD THE USS SIMON
LAKE NUCLEAR WEAPONS SUBMARINE
TENDER STATIONED IN HOLY LOCH
SCOTLAND.

Sincerely Sidney Kevin Keys
A Loyal Citizen of THE UNITED STATES OF
AMERICA, LET JUSTICE PREVAIL!
(SECRET SERVICE AGENT RETIRED)




**CITY of BRECKENRIDGE HILLS**
**MUNICIPAL COURT**
9623 St. Charles Rock Rd.
St. Louis, MO 63114

You are scheduled to appear in the Breckenridge
Municipal Court

on July 11, 2023                    at 6:00 pm

Missouri Uniform Citation
STATE OF MISSOURI
IN THE 22ND JUDICIAL CIRCUIT COURT
CITY OF ST. LOUIS, MO

Violator's Copy

**211300588**

| STATE OF MISSOURI! | | | | DIVISION |
|---|---|---|---|---|
| IN THE CIRCUIT COURT OF **St LOUIS CITY MUNICIPAL COURT** | | | | V3 |

COURT ADDRESS (Street, City, Zip)
**1520 Market ST, ST LOUIS, MO, 53103**

| OTHER TRAFFIC CHARGES | COURT DATE | COURT TIME | ☐ AM | COURT PHONE NO. |
|---|---|---|---|---|
| PLACED ☐ STATE ☒ CITY | 07/11/2023 | 1:00 | ☒ PM | (314) 622-3231 |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON/ABOUT (Date) | AT TIME | | UPON / AT OR NEAR (LOCATION) | | DIST. |
|---|---|---|---|---|---|
| 05/26/2023 | 1734 HRs | DAY ☐ CST ☐ CDT ☒ CST | CST 1100 OLIVE ST | | 304 |

WITHIN CITY / COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)
**KEYS, SIDNEY**

STREET ADDRESS
**GENERAL DELIVERY**

| CITY | | STATE | ZIP CODE |
|---|---|---|---|
| **ORLANDO** | | **FL** | **32819** |

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| /1963 | B | M | 507 | 180 |

| DRIVERS LIC. NO. | | EXP. DATE | CDL: | STATE |
|---|---|---|---|---|
| | | 2/13/2030 | ☐ YES ☒ NO | FL |

EMPLOYER

ADDRESS (Street, City, State, Zip)

| ARR. REG. NO. | | C. N | |
|---|---|---|---|

| DID UNLAWFULLY ☒ OPERATE/DRIVE ☐ PARK | | ☐ C. M. V. | ☐ WITH HAZ. MAT |
|---|---|---|---|

| V E H I C L E | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| | 2011 | FORD | EDGE | LL | BLU |
| | REGISTERED WEIGHT | L I C | NUMBER 064BN6 | STATE MO | YEAR 2022 |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

*VIOLATED CHILD RESTRAINT LAW*

*TODDLER SITTING ON PARENT'S LAP IN FRONT SEAT. - 95100990*

☐ Subject taken into custody. (Complete) "For Issuance of a Warrant" section on reverse side.)

| DRIVING | POSTED SPEED LIMIT | DETECTION METHOD | |
|---|---|---|---|
| | | ☐ STATIONARY RADAR ☐ WATCH (AIR) | ☐ PACE ☐ LASER |
| MPH | MPH | ☐ MOVING RADAR ☐ WATCH (GROUND) | ☐ OTHER |

IN VIOLATION OF: STATUTE/ORDINANCE - CHARGE CODE
☐ RSMo
☒ ORD. 17.82.010 ORD 300.0-123N20215499.0

SEAT BELT VIOLATION: STATUTE/ORDINANCE - CHARGE CODE
☐ RSMo
☐ ORD.

| ☐ IN FATAL CRASH ☐ PROP. DAMAGE ☐ DWI / BAC . | OCN |
|---|---|
| ☐ IN CRASH ☐ INJURY ☐ SCHOOL ZONE ☐ COMPLIANCE | |
| ☐ SPECIAL ENFORCEMENT ZONE ☐ CONSTRUCTION ZONE | |

| OFFICER | | CT. GP. # | DSN | ASSGMT. | DATE |
|---|---|---|---|---|---|
| **McKay** | | 040 | 07560 | 463 | 05/26/2023 |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:
☐ RSMo
☒ ORD.

| PROSECUTOR'S SIGNATURE | | DATE |
|---|---|---|

I promise to dispose of the charges of which I am accused through court appearance or payment of fine and court costs

DR. LIC.
POSTED

Missouri Uniform Citation
STATE OF MISSOURI
IN THE 22ND JUDICIAL CIRCUIT COURT
CITY OF ST. LOUIS, MO.

Violator's Copy

**211300584**

| STATE OF MISSOURI | DIVISION |
|---|---|
| | **V3** |

IN THE CIRCUIT COURT OF **ST LOUIS CITY MUNICIPAL COURT**
COURT ADDRESS (Street, City, Zip)
**1520 Market ST, ST LOUIS, MO, 63103**

| OTHER TRAFFIC CHARGES | COURT DATE | COURT TIME | ☐ AM | COURT PHONE NO. |
|---|---|---|---|---|
| PLACED ☐STATE☒CITY | 07/11/2023 | 1:00 | ☒ PM | (314) 622-3231 |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ONABOUT (Date) AT TIME | HWY CLASS | UPON / AT OR NEAR (LOCATION) | DIST. |
|---|---|---|---|
| 05/26/2023 | 1734 HRS | ☒CST | CST 1100 OLIVE ST | 304 |

WITHIN CITY / COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)
**KEYS, SIDNEY**

STREET ADDRESS
**GENERAL DELIVERY**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **ORLANDO** | **FL** | **32819** |

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| /1963 | B | M | 507 | 180 |

| DRIVERS LIC. NO. | EXP. DATE | CDL: | STATE |
|---|---|---|---|
| | 2/13/2030 | ☐YES ☒NO | FL |

EMPLOYER

ADDRESS (Street, City, State, Zip)

ARR. REG. NO. | | C. N

DID UNLAWFULLY ☒OPERATE/DRIVE ☐PARK | ☐C. M. V. | ☐WITH HAZ. MAT

| V E H I C L E | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| | 2011 | FORD | EDGE | LL | BLU |
| | REGISTERED WEIGHT | L NUMBER | | STATE | YEAR |
| | | 064BN6 | | MO | 2022 |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

*FAILED TO DISPLAY VALID CERTIFICATE OF INSPECTION*
*- 96012990*

☐Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING | POSTED SPEED LIMIT | DETECTION METHOD | |
|---|---|---|---|
| | | ☐STATIONARY RADAR ☐WATCH (AIR) | ☐PACE ☐LASER |
| MPH | MPH | ☐MOVING RADAR ☐WATCH (GROUND) ☐OTHER | |

IN VIOLATION OF: STATUTE/ORDINANCE - CHARGE CODE

| ☐RSMo ☒ORD. | 17.52.310 | ORD301.0-013N20215499.0 |
|---|---|---|

SEAT BELT VIOLATION: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo
☐ORD.

☐IN FATAL CRASH ☐PROP. DAMAGE ☐DWI / BAC . | OCN
☐IN CRASH ☐INJURY ☐SCHOOL ZONE ☐COMPLIANCE
☐SPECIAL ENFORCEMENT ZONE ☐CONSTRUCTION ZONE

| OFFICER | CT. GP. # | DSN | ASSGMT. DATE |
|---|---|---|---|
| McKay | 040 | 07560 | 463 | 05/26/2023 |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY: | ☐RSMO ☒ORD.

| PROSECUTOR'S SIGNATURE | DATE |
|---|---|

I promise to dispose of the charges of which I am accused through court appearance or prepayment of fine and court costs. | DR. LIC. POSTED ☐YES ☒NO

SIGNATURE X _____

Missouri Uniform Citation

Violator's Copy

ORI NO MO0960954
BRECKENRIDGE HILLS P.D.
OF BRECKENRIDGE HILLS

**190009664**

STATE OF MISSOURI

DIVISION

IN THE CIRCUIT COURT OF **Breckenridge Hills Municipal Court**
COURT ADDRESS (Street, City, Zip)

1

9625 Saint Charles Rock RD, Saint Louis, MO, 63114

| COURT DATE | COURT TIME ☐ AM | COURT PHONE NO. |
|---|---|---|
| 05/09/2023 | 6:00 ■ PM | (314) 427-1412 |

THE WITHIN NAMED DEFENDANT STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE
THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:
ON OR ABOUT (Date) AT TIME    HWY CLASS UPON / AT OR NEAR (LOCATION)

04/11/2023 | 1201 | ☐RB | MO | EB MO 180 - St Charles Rock Road RT EE

WITH IN CITY / COUNTY AND STATE AFORESAID,
NAME (LAST, FIRST, MIDDLE)
**KEYS, SIDNEY**

STREET ADDRESS

**11 GENERAL DELIVERY**

| CITY | | STATE | ZIP CODE |
|---|---|---|---|
| ORLANDO | | FL | 32819 |

| | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| 1963 | B | M | 507 | 200 |

| | CDL: | STATE |
|---|---|---|
| | ☐YES ☐NO | FL |

DL NO.

DL STATE  Zip

☐ DRIVE LIC/ARK    ☐ C.M.V.   ☐ WITH HAZ. MAT

| YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|
| 2011 | FORD | | | |

| REGISTRATION PLATE | NUMBER | STATE | YEAR |
|---|---|---|---|
| | 064BN6 | MO | 2022 |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE THE FACTS SUPPORTING THIS
BELIEF ARE AS FOLLOWS:

*FAIL TO PROVIDE PROOF OF INSURANCE*
*- 96100990*

☐ Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING | POSTED SPEED LIMIT | DETECTION METHOD |
|---|---|---|
| MPH | MPH | ☐ STATIONARY RADAR ☐ WATCH (AIR) ☐ PACE ☐ LASER ☐ MOVING RADAR   ☐ WATCH (GROUND) ☐ OTHER |

IN VIOLATION OF STATUTE/ORDINANCE   CHARGE CODE
☐ RSMo   **380.140**       **ORD303.0-001N20215499.0**
■ ORD
☐ ORD.

SEAT BELT VIOLATION. STATUTE/ORDINANCE - CHARGE CODE
☐ RSMo.
☐ ORD.

| ☐ IN FATAL CRASH ☐ IN CRASH | ☐ DWI / BAC. | OCN |
|---|---|---|
| ☐ SPECIAL ENFORCEMENT ZONE | ☐ SCHOOL ZONE | |
| ☐ CONSTRUCTION ZONE | ☐ COMPLIANCE | |

| OFFICER | BADGE | PT/ZONE | DATE |
|---|---|---|---|
| PO N. Mullins | 00309 | | 04/11/2023 |

ON INFORMATION, UNDERSIGNED PROSECUTOR AGAINST THE DEFENDANT AND INFORMS THE
COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:         ☐ RSMO
■ ORD

| PROSECUTOR'S SIGNATURE | DATE |
|---|---|

I promise to dispose of the charges of which I am accused through court
appearance or prepayment of fine and court costs.

DR. LIC
POSTED
☐ YES
■ NO

**SIGNATURE X**

---

**YOUR FAILURE TO APPEAR IN COURT AT THE TIME
SPECIFIED ON THIS CITATION OR OTHERWISE RESPOND
TO THE CITATION AS DIRECTED MAY RESULT IN THE
SUSPENSION OF YOUR DRIVER'S LICENSE AND DRIVING
PRIVILEGE AND MAY RESULT IN A WARRANT BEING
ISSUED FOR YOUR ARREST**

Case: 4:23-cv-00729-PLC   Doc. #: 1-3   Filed: 06/01/23   Page: 23 of 25 PageID #: 31

**Missouri Uniform Citation**
STATE OF MISSOURI
IN THE 22ND JUDICIAL CIRCUIT COURT
CITY OF ST LOUIS, MO

Violator's Copy

## 211300582

| STATE OF MISSOURI | DIVISION |
| --- | --- |
| IN THE CIRCUIT COURT OF **ST LOUIS CITY MUNICIPAL COURT** | **V3** |

COURT ADDRESS (Street, City, Zip)
**1520 Market ST, ST LOUIS, MO, 63103**

| OTHER TRAFFIC CHARGES PLACED ☐STATE☒CITY | COURT DATE **07/11/2023** | COURT TIME **1:00** ☐AM ☒PM | COURT PHONE NO. **(314) 622-3231** |
| --- | --- | --- | --- |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON&ABOUT (Date) **05/26/2023** | AT TIME **1734** HRS | HWY CLASS ☐CST | UPON / AT OR NEAR (LOCATION) **CST 1100 OLIVE ST** | DIST. **304** |
| --- | --- | --- | --- | --- |

WITHIN CITY / COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)
**KEYS, SIDNEY**

STREET ADDRESS
**GENERAL DELIVERY**

| CITY **ORLANDO** | | STATE **FL** | ZIP CODE **32819** | |
| --- | --- | --- | --- | --- |
| DATE OF BIRTH **/1963** | RACE **B** | SEX **M** | HEIGHT **507** | WEIGHT **180** |
| DRIVERS LIC. NO. | EXP. DATE **2/13/2030** | | CDL: ☐YES ☒NO | STATE **FL** |

EMPLOYER

ADDRESS (Street, City, State, Zip)

| ARR. REG. NO. | | C. N | | |
| --- | --- | --- | --- | --- |
| DID UNLAWFULLY ☒OPERATE/DRIVE ☐PARK | | ☐C. M. V. | ☐WITH HAZ. MAT | |
| YEAR **2011** | MAKE **FORD** | MODEL **EDGE** | STYLE **LL** | COLOR **BLU** |
| REGISTERED WEIGHT L | NUMBER **064BN6** | | STATE **MO** | YEAR **2022** |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

*OPERATE MOTOR VEHICLE WITHOUT VALID LICENSE PLATE(S)*
*- 96024060*

☐Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING | POSTED SPEED LIMIT | DETECTION METHOD | | |
| --- | --- | --- | --- | --- |
| **MPH** | **MPH** | ☐STATIONARY RADAR ☐WATCH (AIR) ☐MOVING RADAR ☐WATCH (GROUND) | ☐FACE ☐LASER ☐OTHER | |

IN VIOLATION OF: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo ☒ORD. **17.52.290**     **ORD301.0-015N20215406.0**

SEAT BELT VIOLATION: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo ☐ORD.

☐IN FATAL CRASH ☐PROP. DAMAGE ☐DWI / BAC .
☐IN CRASH ☐INJURY ☐SCHOOL ZONE ☐COMPLIANCE
☐SPECIAL ENFORCEMENT ZONE ☐CONSTRUCTION ZONE      OCN

| OFFICER **McKay** | CT. GP. # **040** | DSN **07560** | ASSGMT. **463** | DATE **05/26/2023** |
| --- | --- | --- | --- | --- |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:      ☐RSMo ☒ORD.

| PROSECUTOR'S SIGNATURE | DATE |
| --- | --- |

**Chesterfield / Clarkson Valley Municipal Divisions**
690 Chesterfield Parkway West – Chesterfield, MO  63017
(636) 537-4718

Name: _Sidney Keys_     Case Number: _220637246_
_220637245_

**Your case has been continued to** __6 / 6 / 23__ at 6:00 pm / 7:00 pm
6:30 AM

**IF YOU FAIL TO APPEAR A WARRANT MAY BE ISSUED ON YOUR CASE.**
**CONTINUANCES WILL NOT BE GRANTED BY PHONE, A COURT**
**APPEARANCE IS REQUIRED ON DATE AND TIME STATED ABOVE.**

You can track your case by going to www.courts.mo.gov and search your name.
I hereby acknowledge that I am responsible for appearing in court AND to inform
the court of any change of address during my entire court proceedings.

_Sidney Key_   _5/9/23_   _____
Defendant's Signature   Date   Court Staff

_749 PREMIUM WAY_
_CHESTERFIELD MO. 63005_
Defendant's Address

Violator's Copy

**211300586**

STATE OF MISSOURI
STATE OF MISSOURI
IN THE 22ND JUDICIAL CIRCUIT COURT
CITY OF ST. LOUIS, MO.

| STATE OF MISSOURI | DIVISION |
|---|---|
| IN THE CIRCUIT COURT OF **ST LOUIS CITY MUNICIPAL COURT** | **V3** |

COURT ADDRESS (Street, City, Zip)
**1520 Market ST, ST LOUIS, MO, 63103**

| OTHER TRAFFIC CHARGES | COURT DATE | COURT TIME | ☐ AM | COURT PHONE NO. |
|---|---|---|---|---|
| PLACED ☐STATE☒CITY | 07/11/2023 | 1:00 | ☒ PM | (314) 622-3231 |

I, KNOWING THAT FALSE STATEMENTS ON THIS FORM ARE PUNISHABLE BY LAW, STATE THAT I HAVE PROBABLE CAUSE TO BELIEVE THAT:

| ON/ABOUT (Date) | AT TIME | HWY CLASS | UPON / AT OR NEAR (LOCATION) | DIST. |
|---|---|---|---|---|
| 05/26/2023 | 1734 HRS | CST | CST 1100 OLIVE ST | 004 |

WITHIN CITY / COUNTY AND STATE AFORESAID,

NAME (LAST, FIRST, MIDDLE)
**KEYS, SIDNEY**

STREET ADDRESS
**GENERAL DELIVERY**

| CITY | STATE | ZIP CODE |
|---|---|---|
| **ORLANDO** | **FL** | **32819** |

| DATE OF BIRTH | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| /1963 | B | M | 507 | 180 |

| DRIVERS LIC. NO. | EXP. DATE | CDL: | STATE |
|---|---|---|---|
| | 2/13/2030 | ☐YES ☒NO | FL |

EMPLOYER

ADDRESS (Street, City, State, Zip)

| ARR. REG. NO. | | C. N |
|---|---|---|

DID UNLAWFULLY ☒OPERATE/DRIVE ☐PARK      ☐C. M. V.      ☐WITH HAZ. MAT

| | YEAR | MAKE | MODEL | STYLE | COLOR |
|---|---|---|---|---|---|
| V E H I C L E | 2011 | FORD | EDGE | LL | BLU |
| | REGISTERED WEIGHT | L NUMBER 064BN6 | | STATE MO | YEAR 2022 |

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE. THE FACTS SUPPORTING THIS BELIEF ARE AS FOLLOWS:

*FAILING TO DISPLAY PROOF OF*
*INSURANCE/FINANCIAL     RESPONSIBILITY*
*- 96102990*

☐Subject taken into custody. (Complete "For Issuance of a Warrant" section on reverse side.)

| DRIVING | POSTED SPEED LIMIT | DETECTION METHOD |
|---|---|---|
| MPH | MPH | ☐ STATIONARY RADAR ☐WATCH (AIR)  ☐ PACE ☐LASER ☐MOVING RADAR  ☐WATCH (GROUND) ☐OTHER |

IN VIOLATION OF: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo
☒ORD. **17.53.020**          **ORD301.0-019N20215499.0**

SEAT BELT VIOLATION: STATUTE/ORDINANCE - CHARGE CODE
☐RSMo
☐ORD.

☐IN FATAL CRASH ☐PROP. DAMAGE ☐DWI / BAC .    OCN
☐IN CRASH ☐INJURY ☐SCHOOL ZONE ☐COMPLIANCE
☐SPECIAL ENFORCEMENT ZONE ☐CONSTRUCTION ZONE

| OFFICER | CT. GP. # | DSN | ASSGN'T. | DATE |
|---|---|---|---|---|
| **McKay** | 040 | 07560 | 463 | 05/26/2023 |

ON INFORMATION, UNDERSIGNED PROSECUTOR CHARGES THE DEFENDANT AND INFORMS THE COURT THAT ABOVE FACTS ARE TRUE AND PUNISHABLE BY:          ☐ASMO ☒ORD.

| PROSECUTOR'S SIGNATURE | DATE |
|---|---|

I promise to dispose of the charges of which I am accused through court appearance or prepayment of fine and court costs.          DR. LIC. POSTED ☐YES

SIGNATURE X _____